

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2018

No. 04-18-00088-CV

**In the Interest of M.K.M., et. al., children,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA02764
The Honorable Linda A. Rodriguez, Judge Presiding

# O R D E R

Letitia Moncivais' notification of late record is hereby noted. The reporter's record is due on March 9, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court